# DENRICK W. COOPER, P.C.
ATTORNEY AT LAW
207-23 HILLSIDE AVENUE
QUEENS VILLAGE, NEW YORK 11427

TELEPHONE: (718) 479-9500 • FACSIMILE: (718) 479-9509

January 24, 2022

Honorable Jil Mazer-Marino
Judge
United States Bankruptcy Court
Eastern District
271 Cadman Plaza East
Brooklyn, New York 11201

                              Re: Kermitt Williams
                              Case No. 17-42994

Dear Judge Marino:

This letter confirms that the hearing on the motion for relief in the above matter scheduled for Tuesday, January 25, 2022 at 10:00am has been adjourned to Tuesday, March 8, 2022 at 10:30am.

All parties have consented to the adjournment.

If you have any questions please contact my office.

                              Truly yours,

                              s/Denrick Cooper, Esq.
                              Denrick Cooper, Esq.

cc:    Michael J. Macco
       Trustee
       2950 Expressway Drive South
       Suite 109
       Islandia, New York 11749

       Friedman Vartolo LLP
       1325 Franklin Avenue
       Suite 100
       Garden City, NY 11530
       Richard Postiglione, Esq.

       Office of the United States Trustee
       201 Varick Street
       Suite 1006
       New York, New York 10014